IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ADVANTAGE HOME HEALTH PLUS, INC.,

Plaintiff,

v.

NETSMART TECHNOLOGIES, INC.,

Defendant.

Case No.: 1:24-cv-12874

Removed from Lake County, IL
2024CH00000221

DEFENDANT'S PARTIAL MOTION TO DISMISS COUNT II OF VERIFIED COMPLAINT

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendant Netsmart Technologies, Inc., moves the Court to dismiss Count II of Plaintiff Advantage Home Health Plus, Inc.'s Verified Complaint for Injunctive and Other Relief. In Count II of its Verified Complaint, Advantage claims Netsmart fraudulently concealed information from Advantage and that Advantage suffered damages as a result.[1]

Advantage has failed to plead the facts supporting its fraudulent concealment claim with the particularity required by Federal Rule of Civil Procedure 9(b). Advantage also fails to state a claim upon which relief may be granted for fraudulent concealment because Advantage has not pleaded how Netsmart owed a common law tort duty to Advantage or how Netsmart's alleged heightened duty to Advantage is not duplicative of Netsmart's obligations under the parties' contracts.

---

[1] Netsmart has simultaneously filed its answer to Count I of Plaintiff's Verified Complaint, Plaintiff's breach of contract claim.

Netsmart sets forth the basis for its Partial Motion to Dismiss more fully in its Memorandum in Support, filed contemporaneously with the instant Motion and incorporated by reference as if fully set forth herein.

WHEREFORE, Defendant Netsmart Technologies, Inc., moves the Court to dismiss Count II of Plaintiff Advantage Home Health Plus, Inc.'s Verified Complaint and that the Court grant Netsmart such other and further relief as the Court deems just and proper under the circumstances.

## CERTIFICATION IN ACCORDANCE WITH LOCAL RULE 37.2

In accordance with Local Rule 37.2, Netsmart outside counsel Patrick N. Fanning telephoned Advantage's lead counsel who had entered an appearance in the Lake County, Illinois, case on the morning of December 23, 2024. Mr. Fanning reached out to Advantage's counsel via his direct work line and via his cell phone as part of a good faith effort to meet-and-confer about Netsmart's anticipated partial Motion to Dismiss Count II of the Complaint before Netsmart filed it with the Court. After receiving Advantage's counsel's out-of-office message, Netsmart sent a follow-up email raising the issues he identified in his voice messages. Advantage's counsel responded by confirming he was on vacation and that he would be available to talk on Friday, December 27, 2024. Netsmart's counsel will work to have a telephone conversation on or around December 27 to discuss the Motion to Dismiss. While away on his vacation, Advantage's counsel confirmed that Advantage was not in a position to withdraw Count II of its Complaint as of today. And because Netsmart's deadline to file its responsive pleading is today under Fed. R. Civ. P. 81(c)(2)(C), Netsmart must file its Partial Motion to Dismiss to meet its deadline. Netsmart's counsel will continue to work in good faith with Advantage's counsel concerning the issues Netsmart has raised in its Partial Motion to Dismiss.

Date:   December 23, 2024                    Respectfully submitted,


By: */s/Shoshanah Shanes*
Shoshanah Shanes (6335448)
LATHROP GPM LLP
190 Carondelet Plaza, Suite 1400
Clayton, Missouri 63105
Telephone: 314.613.2800
Facsimile: 314.613.2801
shoshanah.shanes@lathropgpm.com

ATTORNEYS FOR DEFENDANT
NETSMART TECHNOLOGIES, INC.

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that she caused the foregoing **Defendant's Motion to Dismiss Count II of the Complaint** to be filed via ECF on December 23, 2024, with the United States District Court of the Northern District of Illinois and has served it on counsel who entered an appearance in the Lake County, Illinois, matter via electronic mail at the following addresses:

Jeffrey R. Rosenberg
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Facsimile: (708) 621-5538
Email: jrosenberg@ifmklaw.com

/s/Shoshanah Shanes
Shoshanah Shanes

4